# United States Court of Appeals
## For The District Of Columbia Circuit

No. 07-5341                 September Term 2007

07cv01784

Filed On:

Angelia Denise Smith,

    Appellant

    v.

United States of America,

    Appellee



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR 2 5 2008
CLERK

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Sentelle, Chief Judge, and Henderson and Tatel, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed October 4, 2007, be affirmed. The district court properly dismissed this action as frivolous, because the allegations lack an arguable basis either in law or fact. See 28 U.S.C. § 1915(e)(2)(B); Nietzke v. Williams, 490 U.S. 319, 325 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk